1  **MAYALL HURLEY P.C.**
   **A Professional Corporation**
2  **2453 Grand Canal Boulevard, Second Floor**
   **Stockton, California 95207-8253**
3  **Telephone (209) 477-3833**
   **MARK S. ADAMS, ESQ.**
4  **CA State Bar No. 78706**
   **Attorneys for Plaintiff,**
5  **IDA GARWOOD**

6

7                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
8

9  **IDA GARWOOD**                          | **Case No.: 2:11-cv-01332-MCE-GGH**

10         **Plaintiff,**                    | **REQUEST TO APPEAR**
                                              | **TELEPHONICALLY AT MOTION TO**
11 **vs.**                                    | **WITHDRAW AS ATTORNEY OF**
                                              | **RECORD; ORDER THEREON**
12 **NOR-CAL PRODUCTS INC., a corporation**
   **and DOES 1-100, inclusive,**            | **Date:        January 26, 2012**
13                                            | **Time:        2:00 p.m.**
           **Defendants.**                    | **Courtroom:   4**
14                                            | **Judge:       Hon. Morrison C. England, Jr.**

15

16

17 TO THE COURT AND THE HONORABLE MORRIS C. ENGLAND, JR..:

18        MARK S. ADAMS, hereby requests permission to appear telephonically at Mayall

19 Hurley's Motion to Withdraw as Counsel for Plaintiff currently set for January 26, 2012 at 2:00

20 p.m. in Courtroom 7 before the Honorable Morris C. England, Jr.

21        MARK S. ADAMS will be appearing on Mayall Hurley's behalf and can be reached

22 directly at (209) 477-3833.

23 Dated:  January 18, 2012                          MAYALL HURLEY, P.C.

24

25

26                                          By:   /s/   MARK S. ADAMS

27

28
_____
Request to Appear Telephonically at Motion to Withdraw
Page 1

**ORDER**

1

2         Having considered and reviewed Mayall Hurley's request to appear telephonically, IT IS

3  SO ORDERED.

4         IT IS SO ORDERED.

5  Dated:  January 23, 2012

6

7                       MORRISON C. ENGLAND, JR

8                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28