1  **MAYALL HURLEY P.C.**
   **A Professional Corporation**
2  **2453 Grand Canal Boulevard, Second Floor**
   **Stockton, California 95207-8253**
3  **Telephone (209) 477-3833**
   **MARK S. ADAMS, ESQ.**
4  **CA State Bar No. 78706**
   **Attorneys for Plaintiff,**
5  **IDA GARWOOD**

6

7                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
8

9  | **IDA GARWOOD** | Case No.: 2:11-cv-01332-MCE-GGH |
   |---|---|
   | Plaintiff, | **REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO WITHDRAW AS ATTORNEY OF RECORD; ORDER THEREON** |
   | vs. | |
   | **NOR-CAL PRODUCTS INC., a corporation and DOES 1-100, inclusive,** | Date:       January 26, 2012<br>Time:       2:00 p.m.<br>Courtroom:  4<br>Judge:      Hon. Morrison C. England, Jr. |
   | Defendants. | |

16

17 TO THE COURT AND THE HONORABLE MORRIS C. ENGLAND, JR..:

18        MARK S. ADAMS, hereby requests permission to appear telephonically at Mayall

19 Hurley's Motion to Withdraw as Counsel for Plaintiff currently set for January 26, 2012 at 2:00

20 p.m. in Courtroom 7 before the Honorable Morris C. England, Jr.

21        MARK S. ADAMS will be appearing on Mayall Hurley's behalf and can be reached

22 directly at (209) 477-3833.

23 Dated: January 18, 2012            MAYALL HURLEY, P.C.

24

25

26                                   By:  /s/  MARK S. ADAMS

27

28 _____
   Request to Appear Telephonically at Motion to Withdraw
   Page 1

**ORDER**

Having considered and reviewed Mayall Hurley's request to appear telephonically, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Request to Appear Telephonically at Motion to Withdraw
Page 2