**MAYALL HURLEY P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
**MARK S. ADAMS, ESQ.**
CA State Bar No. 78706
Attorneys for Plaintiff,
**IDA GARWOOD**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IDA GARWOOD**<br><br>  Plaintiff,<br><br>vs.<br><br>**NOR-CAL PRODUCTS INC., a corporation and DOES 1-100, inclusive,**<br><br>  Defendants. | **Case No.: 2:11-cv-01332-MCE-GGH**<br><br>**ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL** |

THIS MATTER, having come on for hearing before the undersigned Judge Morrison C. England, Jr., and having considered the pleadings and arguments of the parties,

NOW THEREFORE THE COURT FINDS THAT:

1. The declarations of Counsel include declarations submitted by Mark S. Adams and Alexander G. Henry of Mayall Hurley P.C. ("Counsel's declarations");

2. Counsel's declarations consist of 7 pages;

3. Counsel's declarations include information protected by the attorney-client privilege;

4. Disclosure of the information contained within Counsel's declarations is prohibited by the California Business and Professions Code section 6068 and the California Rules of Professional Conduct 3-100;

---
Proposed Order
Page 1

5. Sealing of the information contained in Counsel's declarations is therefore permitted;

IT IS HEREBY ORDERED THAT:

1. The Clerk of the Court seal Counsel's declarations, which consists of 7 pages, numbered 1-7. Counsel may submit said declarations for filing under seal after this Order is filed.

2. No person besides the Court shall have access to the content of Counsel's declaration.

Dated: March 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____
Proposed Order
Page 2