1  **MAYALL HURLEY P.C.**
   **A Professional Corporation**
2  **2453 Grand Canal Boulevard, Second Floor**
   **Stockton, California 95207-8253**
3  **Telephone (209) 477-3833**
   **MARK S. ADAMS, ESQ.**
4  **CA State Bar No. 78706**
   **Attorneys for Plaintiff,**
5  **IDA GARWOOD**

6

7               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
8

9  **IDA GARWOOD**                    **Case No.: 2:11-cv-01332-MCE-GGH**

10         **Plaintiff,**

11 **vs.**                            **ORDER GRANTING REQUEST TO FILE**
                                      **DOCUMENTS UNDER SEAL**
12 **NOR-CAL PRODUCTS INC., a corporation**
   **and DOES 1-100, inclusive,**
13
           **Defendants.**
14

15

16
         THIS MATTER, having come on for hearing before the undersigned Judge Morrison C.
17
   England, Jr., and having considered the pleadings and arguments of the parties,
18
   NOW THEREFORE THE COURT FINDS THAT:
19
20   1. The declarations of Counsel include declarations submitted by Mark S. Adams and

21      Alexander G. Henry of Mayall Hurley P.C. ("Counsel's declarations");

22   2. Counsel's declarations consist of 7 pages;

23   3. Counsel's declarations include information protected by the attorney-client privilege;

24   4. Disclosure of the information contained within Counsel's declarations is prohibited by the
25
        California Business and Professions Code section 6068 and the California Rules of
26
        Professional Conduct 3-100;
27
28  _____
    Proposed Order
    Page 1

   5.  Sealing of the information contained in Counsel's declarations is therefore permitted;

IT IS HEREBY ORDERED THAT:

   1.  The Clerk of the Court seal Counsel's declarations, which consists of 7 pages, numbered 1-7.  Counsel may submit said declarations for filing under seal after this Order is filed.

   2.  No person besides the Court shall have access to the content of Counsel's declaration.

Dated:  March 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____
Proposed Order
Page 2