1  Mitchell F. Boomer (State Bar No. 121441)
   Carmen Ruda (State Bar No. 269879)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   E-mail: boomerm@jacksonlewis.com
5          rudac@jacksonlewis.com

6  Attorneys for Defendant
   NOR-CAL PRODUCTS INC.
7

8                      UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| IDA GARWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>NOR-CAL PRODUCTS INC., a corporation; and DOES 1-100, inclusive, ,<br><br>    Defendants. | Case No. 2:11-cv-01332-MCE-GGH<br><br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY; ORDER THEREON**<br><br>Date:   April 5, 2012<br>Time:   2:00 p.m.<br>Ctrm.:   7<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Complaint Filed: May 17, 2011<br>Trial Date: None Set |

TO THE COURT AND THE HONORABLE MORRIS C. ENGLAND, JR.:

   Counsel for Defendant NOR-CAL PRODUCTS, INC. hereby requests permission to appear telephonically at Mayall Hurley, P.C.'s Motion to Withdraw as Counsel for Plaintiff currently set for April 5, 2012, at 2:00 p.m. in Courtroom 7 before the Honorable Morris C. England Jr.

   Carmen Ruda will be appearing on behalf of Defendant and can be reached directly at (415) 536-6321.

Dated: March 23, 2012                JACKSON LEWIS LLP

                            By:  /s/ Carmen Ruda
                                 Mitchell F. Boomer
                                 Carmen Ruda
                                 Attorneys for Defendant above-named

1

DEFENDANT'S REQUEST TO APPEAR
TELEPHONICALLY AND [PROPOSED] ORDER            Case No. 2:11-cv-01332-MCE-GGH

1 **ORDER**

2   Having considered and reviewed counsel for Defendant NOR-CAL PRODUCTS, INC.'s

3 (Carmen Ruda; 415-536-6321), request to appear telephonically, IT IS SO ORDERED.

4 Dated:  March 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE