Mitchell F. Boomer (State Bar No. 121441)
Carmen Ruda (State Bar No. 269879)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: boomerm@jacksonlewis.com
         rudac@jacksonlewis.com

Attorneys for Defendant
NOR-CAL PRODUCTS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| IDA GARWOOD,<br><br>            Plaintiff,<br><br>     v.<br><br>NOR-CAL PRODUCTS INC., a corporation; and DOES 1-100, inclusive, ,<br><br>            Defendants. | Case No. 2:11-cv-01332-MCE-GGH<br><br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY; ORDER THEREON**<br><br>Date:         April 5, 2012<br>Time:        2:00 p.m.<br>Ctrm.:        7<br>Judge:       Hon. Morrison C. England, Jr.<br><br>Complaint  Filed: May 17, 2011<br>Trial Date:   None Set |

TO THE COURT AND THE HONORABLE MORRIS C. ENGLAND, JR.:

Counsel for Defendant NOR-CAL PRODUCTS, INC. hereby requests permission to appear telephonically at Mayall Hurley, P.C.'s Motion to Withdraw as Counsel for Plaintiff currently set for April 5, 2012, at 2:00 p.m. in Courtroom 7 before the Honorable Morris C. England Jr.

Carmen Ruda will be appearing on behalf of Defendant and can be reached directly at (415) 536-6321.

Dated: March 23, 2012                            JACKSON LEWIS LLP

                                     By:  /s/ Carmen Ruda
                                          Mitchell F. Boomer
                                          Carmen Ruda
                                          Attorneys for Defendant above-named

1

DEFENDANT'S REQUEST TO APPEAR
TELEPHONICALLY AND [PROPOSED] ORDER                 Case No. 2:11-cv-01332-MCE-GGH

**ORDER**

Having considered and reviewed counsel for Defendant NOR-CAL PRODUCTS, INC.'s (Carmen Ruda; 415-536-6321), request to appear telephonically, IT IS SO ORDERED.

Dated: March 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

DEFENDANT'S REQUEST TO APPEAR
TELEPHONICALLY AND [PROPOSED] ORDER          Case No. 2:11-cv-01332-MCE-GGH