UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

IDA GARWOOD,

        Plaintiff,

   v.

NOR-CAL PRODUCTS INC.,
a corporation and DOES
1-100, inclusive,

        Defendants.

No. 2:11-cv-01332-MCE-GGH

**ORDER**

The law firm of Mayall Hurley, P.C. ("Mayall Hurley"), attorneys for Plaintiff Ida Garwood in this matter, moves to withdraw as Plaintiff's counsel of record in these proceedings. Plaintiff has filed no objection to Mayall Hurley's request, and counsel represents that she consents to the withdrawal. Defendant Nor-Cal Products ("Defendant"), on the other hand, has opposed the motion on grounds that because the declarations submitted in support of Mayall Hurley's request have been filed under seal, it lacks sufficient understanding as to counsel's professed need to withdraw.

1

1  Defendant argues that it should be permitted to review the
2  declarations in support of withdrawal, at least to the extent
3  they are protected by the attorney-client privilege.
4         This motion is governed by the requirements of Local Rule
5  182(d), which provides that an attorney may not withdraw, leaving
6  a client *in pro se*, absent noticed motion and an affidavit from
7  counsel showing the efforts made to provide notification of the
8  attorney's intent to withdraw.
9         Mayall Hurley has complied with those requirements and its
10 request to withdraw is accordingly proper.  In addition, the
11 Court finds that the motions in support of the motion were
12 properly sealed and are not subject to disclosure to Defendant.
13        Mayall Hurley's Motion to Withdraw as Attorney of Record
14 (ECF No. 24) is accordingly GRANTED.[1]  The law firm of Mayall
15 Hurley P.C. is relieved as counsel of record for Plaintiff Ida
16 Garwood effective upon the filing of a proof of service of this
17 signed Order on the Plaintiff.  Counsel is further directed to
18 provide the contact information for Plaintiff in its possession
19 to Defendant once withdrawal occurs and Plaintiff is left
20 representing herself in pro se.
21        IT IS SO ORDERED.
22 Dated: April 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Cal. Local Rule 230(g).