UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IDA GARWOOD, | No. 2:11-cv-01332-MCE-GGH |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| NOR-CAL PRODUCTS, INC, et al., | |
| Defendants. | |

----oo0oo----

On July 12, 2012, Defendant, Nor-Cal Products, Inc., filed a Notice of Settlement advising the Court that the parties had signed a confidential settlement agreement. (ECF No. 34.) On July 16, 2012, the Court issued a minute order determining that this case is settled and directing the parties to file dispositional documents by August 30, 2012. (ECF No. 35.) The Court further stated that "[f]ailure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order." (Id.) Presently before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice and for Sanctions, filed December 3, 2012. (ECF No. 40.) Plaintiff, Ida Garwood, has not submitted an opposition.

///

1

Pursuant to the declaration of Defendant's counsel and the attached redacted copy of the confidential settlement agreement, signed by Plaintiff on July 10, 2012, Plaintiff agreed to release her claims against Defendant and dismiss this action in exchange for Defendant's payment of a confidential settlement sum.  (Declaration of Carmen Ruda in Support of Defendant's Motion to Dismiss ("Ruda Decl."), ECF No. 40-1, ¶ 4 & Exs. B, D.)  On July 11, 2012, Defendant delivered the settlement check to Plaintiff, thus discharging its obligations under the agreement.  (Ruda Decl. ¶ 7.)  Subsequently, Defendant's counsel has left several voicemail messages for Plaintiff, and sent Plaintiff several email messages and at least three letters (with pre-paid envelopes included) asking Plaintiff to sign the Request for Dismissal as required by the parties' settlement agreement.  (Id. ¶¶ 9-20.)  However, Plaintiff has never responded to Defendant's counsel and, to date, has not signed the Request for Dismissal.  (Id. ¶¶ 18, 20.)

Plaintiff is hereby ORDERED TO SHOW CAUSE on **January 24, 2013 at 2:00 p.m., in Courtroom 7**, why this case should not be dismissed with prejudice and why attorney's fees should not be awarded against Plaintiff as requested by Defendant.  Plaintiff is further ORDERED to file a memorandum with the Court **not later than 4:00 p.m. on January 17, 2012**, explaining why her Complaint should not be dismissed and why the attorney's fees should not be awarded against her.  If Plaintiff fails to file such memorandum, the Court will immediately dismiss this case with prejudice and will award attorney's fees requested by Defendant without further notice to Plaintiff and without holding the hearing on **January 24, 2013**.

///
///
///
///
///
///

2

In light of this ruling, the hearing on Defendant's Motion to Dismiss and for Sanctions, currently scheduled for January 10, 2013, is vacated and continued to **January 24, 2013 at 2:00 p.m., in Courtroom 7**.

IT IS SO ORDERED.

Dated: January 8, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT